# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | Case No.: 10-04517 BKT |
| **JEFFREY FRANCHESCHI PEREZ** <br> **NUVIA INGLES GARCIA** | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

     **NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust debtors payment schedule to increase the base of the plan.

     **WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

     **In San Juan, Puerto Rico this 15TH day of July of 2010.**

                                                JPC LAW OFFICE

                                                José M Prieto Carballo, Esq.
                                                P.O. Box 363565
                                                San Juan, P.R. 00936-3565
                                                Tel (787) 607-2066 & Tel (787) 607-2166
                                                jpc@jpclawpr.com

                                                By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                            Case No. 10-04517-13

FRANCHESCHI PEREZ, JEFFREY & INGLES GARCIA, NUVIA     Chapter 13
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: 7/15/2010
☐ PRE ☐ POST-CONFIRMATION      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 275.00 x 2 = $ 550.00
$ 325.00 x 58 = $ 18,850.00
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ 19,400.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ 19,400.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,814.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. REL FINANCIAL    Cr. _____ Cr. _____
# 6636327510002751 # _____ # _____
$ 10,404.35    $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
COOP A/C ROOSEVELT
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
BANCO SANTANDER
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS AS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PROVIDE INSURANCE TO RELIABLE FIN TROUGH EASTERN AMERICAN INS CORP.

ADEQUATE PROTECTION TO RELIABLE IN THE AMOUNT OF $100.00

Signed: /s/ JEFFREY FRANCHESCHI PEREZ
Debtor

/s/ NUVIA INGLES GARCIA
Joint Debtor

Attorney for Debtor Jose Prieto      Phone: (787) 607-2066

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing            COOP A/C ROOSEVELT ROADS                RELIABLE FINANCIAL SERVICES
0104-3                                     CARLOS A QUILICHINI PAZ ESQ             CARLOS E PEREZ PASTRANA
Case 10-04517-BKT13                        PO BOX 9020895                          PO BOX 21382
District of Puerto Rico                    SAN JUAN, PR 00902-0895                 SAN JUAN, PR 00928-1382
Old San Juan
Thu Jul 15 12:59:42 AST 2010

US Bankruptcy Court District of P.R.       BANCO SANTANDER                         BPPR
U.S. Post Office and Courthouse Building   P O BOX 362589                          P O BOX 366818
300 Recinto Sur Street, Room 109           SAN JUAN, PR  00936-2589                SAN JUAN, PR 00936-6818
San Juan, PR 00901-1964


CITIFINANCIAL                              COOP A/C ROOSEVELT                      Enhanced Recovery Corp
P O BOX 499                                P O BOX 31                              8014 Bayberry Rd
HANOVER, MD 21076-0499                     FAJARDO, PR 00738-0031                  Jacksonville, FL 32256-7412


RELIABLE FINANCIAL SERVICES                Sprint                                  Sprint Nextel Correspondence
PO BOX 21382                               6391 SPRINTPARKWAY                      Attn Bankruptcy Dept
SAN JUAN PR 00928-1382                     OVERLAND PARK, KS 66251-6100            PO Box 7949
                                                                                   Overland Park KS 66207-0949


Sprint Nextel Distribution                 ALEJANDRO OLIVERAS RIVERA               JEFFREY FRANCHESCHI PEREZ
Attn: Bankruptcy Dept                      ALEJANDRO OLIVERAS, CHAPTER 13 TRUS     FF 138 CALLE REYNA
P.O. Box 3326                              PO BOX 9024062                          TERRAZAS DE DEMAJAGUA
Englewood, CO 80155-3326                   SAN JUAN, PR 00902-4062                 FAJARDO, PR 00738


JOSE M PRIETO CARBALLO                     MONSITA LECAROZ ARRIBAS                 NUVIA INGLES GARCIA
JPC LAW OFFICE                             OFFICE OF THE US TRUSTEE (UST)          FF 138 CALLE REYNA
PO BOX 363565                              OCHOA BUILDING                          TERRAZAS DE DEMAJAGUA
SAN JUAN, PR 00936-3565                    500 TANCA STREET  SUITE 301             FAJARDO, PR 00738
                                           SAN JUAN, PR 00901-1938


End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17
```